IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

TYRONE NUNN, SR.,              )
                               )
    Petitioner,                )
                               )
    v.                         )    CIVIL ACTION NO.
                               )      3:13cv12-MHT
                               )         (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (Doc. No. 15) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 13) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 2) is denied because the required permission has

    not been obtained from the Eleventh Circuit Court of Appeals.

(4) The motion for rescission of plea agreement (doc. no. 7) is denied because it is without merit.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of March, 2013.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE